IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                              PLAINTIFF

v.                  Civil No. 10-cv-3006

SHERIFF DANNY HICKMAN,
Boone County, Arkansas;
DEPUTY RYAN WATSON, Boone
County Sheriff's Office; COUNTY
OF BOONE, ARKANSAS; and
CITY OF HARRISON, ARKANSAS                            DEFENDANTS

## ORDER

Daniel Ray Brown has submitted for filing in this district a *pro se* civil rights action under 42 U.S.C. § 1983. I find the complaint should be provisionally filed prior to a determination regarding Plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

Plaintiff failed to submit with his complaint an application to proceed *in forma pauperis* (IFP). **The clerk is directed to mail plaintiff a blank IFP application.** Plaintiff is given until **February 5, 2010,** to either complete, sign, and return the IFP application to this court for review and filing or pay the $350 filing fee. **If the plaintiff fails to return the completed IFP application or pay the $350 filing fee by February 5, 2010, the complaint will become subject to summary dismissal for failure to obey an order of the court.**

IT IS SO ORDERED this 19 day of January 2010.

/s/ James R. Marchewski
HON. JAMES R. MARCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 20 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

-1-