IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                PLAINTIFF

      v.                      Civil No. 10-cv-3006

SHERIFF DANNY HICKMAN,
Boone County, Arkansas;
DEPUTY RYAN WATSON, Boone
County Sheriff's Office; and COUNTY
OF BOONE, ARKANSAS                                   DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **July 9, 2010**.

IT IS SO ORDERED this 7th day of April 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)